(85 South. 37)

SPRINGER v. STATE. (6 Div. 611.)

(Court of Appeals of Alabama. Jan. 16, 1920.)

CRIMINAL LAW ☞1094 — CONVICTION AFFIRMED, WHERE NO BILL OF EXCEPTIONS AND RECORD DISCLOSES NO ERROR.

Where there were no errors of record, the indictment and judgment appearing regular, conviction will be affirmed, where there was no bill of exceptions in the record and more than six months had elapsed since sentence.

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

Rufus Springer was convicted of violating the prohibition laws, and he appeals. Affirmed.

Brown & Ward, of Tuscaloosa, for appellant.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Defendant was indicted and convicted of violating the prohibition laws and received a fine and sentence. There is no bill of exceptions in the record, and more than six months has elapsed since the defendant was sentenced. The indictment and judgment appear to be regular.

There are no errors in the record, and the judgment will be affirmed.

Affirmed.